# ORIGINAL

FILED

JUL 27 2015

U.S. COURT OF
FEDERAL CLAIMS

Dean: Seely    in care of:
DEAN R SEELY
55 SOUTH  400 EAST  #78
MT. PLEASANT,  UTAH   84647
435-462-2894

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DEAN R SEELY

    v.

THE UNITED STATES

No. **15 - 786 C**

### COMPLAINT

### IN THE NATURE OF

### AFFIDAVIT AND SCHEDULE OF DAMAGES

### CONCERNING, IN CIVIL VENUE PURSUANT TO 28 U.S.C. SECTION 1391:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>    v.<br>DEAN R SEELY,<br>                    Defendant. | Case No.  2:02-CR-223<br>Case No.  2:02-CR-747<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH |

### FOR BILL OF RIGHTS VIOLATIONS

I, Dean: family of Seely, a spiritually begotten son of the living God, an Utahan and American by birth, a state national and thereby a Citizen of these United States of America, a de jure Citizen and one of the posterity of "We the People", a Creditor in fact, hereinafter "affiant" in "sui juris" capacity and authority, for the record state the following in these matters.  Affiant is without and in want of counsel and unschooled in law.  Affiant has personal, first-hand knowledge of the facts stated herein, having made reasonable inquiry and legal research of the legal and factual assertions, negative and positive, in support of the statements of fact as regards

this Affidavit. Affiant is over the age of 21 and is competent to testify; and affiant states that the averments, allegations, statements, and facts made herein are to the best of affiant's knowledge and belief, true, correct and reasonably complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God, to wit:

1) Affiant states and avers that the claims and statements made herein have a factual and legal basis in law, are warranted by existing law with evidencing support and are cognizable in and under the civil law pursuant to Rules of the United States Court of Federal Claims, Rule 2 "There is one form of action---the civil action." and 28 U.S.C. Section 1391; and

2) Affiant makes this Affidavit based on and in affiant's natural, fundamental and substantive rights, and only of necessity is affiant using the copyrighted rules known as the Rules of the United States Court of Federal Claims, hereinafter "RCFC", as this Court only recognizes such authority and convenes, proceeds, or acts in/under civil venue; and

3) Affiant states that affiant makes this Affidavit voluntarily, in peace and not in conflict, not in fear, duress, coercion, or in any threat to any individual; and

4) Affiant hereby and hereof invokes affiant's natural, fundamental and substantive rights pursuant to the Bill of Rights, the Constitutions limitations, and the limitations stated in Pub. L. 100-702, title IV, Section 407,Nov. 19, 1988, 102 Stat. 4652 (28 U.S.C. Section 2072(b)) for the purposes cited within this Affidavit; and

5) Affiant states and avers that affiant has made reasonable inquiry and conducted legal research of the factual and legal basis for the statements herein as to the damages and amounts thereof incurred by affiant over more than (11) eleven years of incarceration, the same being an unlawful restraint of affiant's liberty and is supported by the attached Affidavits and documents; and

6) Affiant states and avers that the UNITED STATES DISTRICT COURT for the

DISTRICT OF UTAH is an actual territorial court convening under the "Power to dispose of and make all needful Rules and Regulations" given Congress in Article IV, Section 3, Clause 2 of the Constitution and is not a true United States court, "ordained and established" with the "judicial power" of the United States, established under Article III of the Constitution to administer the judicial powers of the United States therein conveyed; and

      7) Affiant states and avers that this same previous said territorial tribunal, the District Court, was and is under and in improper venue with no venue jurisdiction, no subject matter jurisdiction, and no in personam jurisdiction within the several states of the Union, including but not limited to Utah and was and is applying statutes, laws, rules, regulations, or policies having no general application within the several states of the Union; and

      8) Affiant states and avers that the actions of the District Court, the United States ATTORNEYS Office, and any other agency, department, office, or instrumentality involved in these matters whatsoever, and the agents, officers, or employee's thereof, under color of law and color of office and under color of authority, have violated and do violate affiant's natural, fundamental and substantive rights, the Constitutions limitations, and Pub. L. 100-702, title IV, Section 407,Nov. 19, 1988, 102 Stat. 4652 (28 U.S.C. Section 2072(b)) limitations thereby and thereof nullifying the same by subterfuge, said rights, Constitutional limitations, and Act of Congress limitations enumerated by and under the Bill of Rights, specifically Articles the IV, V, VI, VII, VIII, and IX, and have done so with deliberate intent, thereby intending to do harm to affiant's person, character, reputation, family, and life in general, one such officer stating to affiant that the officer knew and understood that officer was and is acting and proceeding in officers public capacity in the stated territorial venue and jurisdiction within the several states of the Union; also, all above said agents, officers, or employee's acting with purposeful employed force, duress, and coercion, some with malicious intent and some by fraud in law that culminated

in the indictment, by an unqualified grand jury, and arrest and incarceration of affiant;  and

9)  Affiant states and avers that while affiant was in the court process, affiant made specific mistakes by mental inadvertence and misplaced confidence, said mistake being that affiant believed and thought that affiant was actually in a legitimate "judicial" forum within a court bearing "Judicial Powers" and not at all understanding that affiant was in a legislatively created territorial tribunal, and in said mistake of not knowing these facts, affiant has wrongfully suffered and incurred irreparable harm and damage;  and

10)  Affiant in mistake, did not know that the system of "justice" then and now employed by the courts and its officers is one where the 'system' acts as if the court is of legitimate authority, all the while the entire process was and is taking place in an improper venue to affiant and the people in general of the several states of the Union, of which Utah is part and parcel;  and

11)  Affiant states and avers that not only did affiant spend more than (11) eleven years of affiant's life in prison, but affiant lost affiant's family and their affection and the opportunity to exercise affiant's rights, labor, conduct business, and create value, of which no limit can be placed, upon the land, damages that no amount of money can compensate, and as a result, affiant makes the following schedule of affiant's rights, natural, fundamental, and substantive, that have been violated and Constitutional and Act of Congress limitations that have been violated, using an amount in money as stated, as no other means of meaningful reparation exist, and the same is due and payable forthwith, to wit:

Schedule of Violations:

Article IV violations:
Improper Venue of Arrest Warrants
Result:  Incarceration – 4390 days @
$2,700 per day                                          $ 11,853,000

Article V violations:
Improper Venue of Grand Jury Indict-

ment
Result:  Incarceration – 4390 days @
2,700 per day                                          11,853,000

Article VI violations:
Improper Venue of Process, No Due
Process
Result:  Incarceration – 4390 days @
2,700 per day                                          11,853,000

Article VII violations:
Improper Venue of Forum of Law
Result:  Incarceration – 4390 days @
2,700 per day                                          11,853,000

Article VIII violations:
Cruel and Usual Punishment, Loss
of Familial Relationships, Done
Pursuant to Article IV of the Con-
stitution – Territorial Law
Result:  Incarceration – 4390 days @
2,700 per day                                          11,853,000

Article IX violations:
Disparagement of Rights Retained
and not Expressly Waived
Result:  Incarceration – 4390 days @·
2,700 per day                                          11,853,000

TOTAL AMOUNT OF DAMAGES          $71,118,000;  and

12)  Affiant states and avers that the damages incurred are actual as well as punitive in

this matter, and that affiant recognizes that NO amount of money can replace the time lost as a

result of being unlawfully incarcerated, nor can any amount of money replace the loss of family,

love and support, relationships and to be creative and productive upon the land;  and

13)  Affiant states and avers that affiant did file (4) four separate documents on (4) four

successive dates in and with the UNITED STATES DISTRICT COURT,  DISTRICT OF UTAH

for remedy, redress, or relief, to wit:  1- Affidavit of Specific Negative Averment and Mistake,

filed on December 8, 2014;  2- Affidavit of Conclusive Presumption & Direction and Demand to

Dismiss, filed on March 16, 2015;  3- Petition in the Nature of Motion to Dismiss for Improper

Venue, filed on April 6, 2015; and 4- Motion to Dismiss for No Ratification of Commencement and Lack of Subject Matter Jurisdiction, filed on May 11, 2015, verified copies herein attached. Affiant did deliver and file each set of original documents on each respective filing date by and with affiant's own hands, to the Clerk of the Court office in Salt Lake City and signed all originals filed, for and to the Court and the U.S. Attorneys, in the presence of and witnessed by at least one of the employee's in said Clerk of the Court office, having another original document, on each respective file date, file stamped for affiant's records; and

14)   Affiant states and avers that affiant has not, as of the below date of this Affidavit, received any notice in the mails nor notification or communication of any type or kind for or concerning any one of the above said filed documents, also affiant did call the Clerk of the Court office on several occasions asking concerning the status of affiant's filed documents. Affiant has, as of the below date of this Affidavit, received no reply whatsoever, written, verbal or electronic from or through the Court, only tacit replies, complete and utter silence, of which notice was given of in affiant's filed Affidavit of Conclusive Presumption, page 2 of 6, paragraph 5), wherein is stated; 'and in speaking on this subject Judge Fay in U.S. v. Tweel said "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading" '; and

15)   Affiant wherefore, states, avers, directs, and demands judgment against the United States in $71,118,000 pursuant to: the violations and damages claimed in this Complaint and that the United States DISTRICT COURT, DISTRICT OF UTAH, the United States ATTORNEYS Office, and the other agencies, departments, offices, or instrumentalities involved in these matters and the agents, officers, or employee's thereof have demonstrated and do demonstrate fraud, extrinsic and/or constructive, pursuant to Judge Fay in U.S. v. Tweel, the silence of above said equated with fraud in this and all related matters as stated and avered in this Complaint and

supported by the previous said (4) four documents filed in and with the District Court and that affiant stands on and under estoppel in pais, sometimes known as equitable estoppel, in and under all (4) four above said filed documents and all related matters;  and

16)  Affiant invokes and stands on and under affiant's rights, the Constitutions limitations, and affiant's oath and declaration of status pertaining to all of the foregoing said, and affiant invokes and stands on and under affiant's rights, the Constitutions limitations, and affiant's oath and declaration of status concerning, possibly, any and all acts against, to, or upon affiant directed or done by any of the above said in whatever form or way, to do with these matters and/or affiant's actions, shall be deemed to be acts of retaliation from this date forward;  and

FURTHER, affiant saith not.

DATED:  July 20,  2015                          BY: Dean: Seely, CIF

                                                                    Dean: Seely, CIF
                                                                    affiant
                                                        All consent and Rights reserved

## CERTIFICATION ON SWORN OATH

state of Utah

Sanpete county        ss.

I,  Susan  Rosenlof  , a notary public in and for the State of Utah, having satisfactorily identified Dean: family of Seely as the author of this Affidavit, and after witnessing the oath of Dean: Seely as to the truth of the same herein; and by further witnessing his signature to the same as true, correct and complete, the truth, the whole truth, and nothing but the truth, so help me God, I did affix my signature and seal on this the 20h day of July, 2015 at Mount Pleasant, Utah.

Susan Rosenlof  , Notary Public

                                                                                              Seal

my commission expires:

SUSAN ROSENLOF
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 06/26/2016
Commission # 656734



SUSAN ROSENLOF
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 08/26/2016
Commission # 663734

*I verify that this is a true and correct copy.*
*July 20, 2015  BY; Dean Seely CIF*
*All consent & Rights reserved*

Dean Seely
In care of:
DEAN R SEELY
1585 WEST 2100 SOUTH
WEST VALLEY CITY, UTAH  84119

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**DEC 0 8 2014**

D. MARK JONES, CLERK
BY _____
          DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:02-CR-223 |
| Plaintiff, | Case No.  2:02-CR-747 |
| v. | AFFIDAVIT OF SPECIFIC |
| DEAN R SEELY, | NEGATIVE AVERMENT |
| Defendant. | AND MISTAKE |

I, Dean Seely, a spiritually begotten son of our Heavenly Father, one of the posterity of "We the People", a Utahan and American by birth, a Utah state Citizen and thereby a Citizen of these United States of America, hereinafter "affiant" in "sui juris" capacity and authority, FOR THE RECORD state the following in the Cases numbered above. Affiant is without and in want of counsel and unschooled in law. Affiant has personal, first-hand knowledge of the facts stated herein, having made reasonable inquiry and legal research of the factual and legal assertions, negative and positive, in support of the statements of fact made as regards this Affidavit. Affiant is over the age of 21 and is competent to testify; and affiant states that the averments, allegations, statements and facts made herein are to the best of affiant's knowledge and belief, true, correct and reasonably complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God, to wit:

1) Affiant states that the claims and statements made herein have a factual and legal basis in law, and are warranted by existing law with evidencing support; and

2) Affiant makes this Affidavit based on and in affiant's fundamental and substantive rights, and only of necessity is affiant using the copyrighted rules known as the Federal Rules of Civil Procedure, hereinafter "FRCP", Rules 8(b)(6), 9(a)(b), and 17(a), as this Court only recognizes such authority and convenes and/or acts in civil venue pursuant to 28 U.S.C. Section 1391; and

3) Affiant states that affiant makes this Affidavit voluntarily, in peace and not in conflict, not in fear, duress, coercion, or in any threat to any individual; and

4) Affiant hereby and hereof invokes affiant's fundamental and substantive rights, pursuant to the Bill of Rights for the purposes cited within this Affidavit; and

5) Affiant states in specific negative averment that DEAN R SEELY, DEAN SEELY, Dean SEELY, SEELY,DEAN, or any other derivative thereof is a legal person and/or franchise of unknown character and/or origin in and under a foreign jurisdiction and in reality does not exist pursuant to FRCP Rule 9(a); and

6) Affiant states in specific negative averment that UNITED STATES, USA, UNITED STATES OF AMERICA, or any derivative thereof does not exist as anything other than a legal fiction; that these entities have no capacity to be injured, and have no capacity to be a "real party in interest" without ratification of commencement pursuant to FRCP Rule 17(a); and

7) Affiant states in specific negative averment that affiant did not, until now, disvover and realize from that discovery that the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH is an actual territorial court convening under the "Power to dispose of and make all needful Rules and Regulations" given Congress in Article IV, Section 3, Clause 2 of the Constitution and is not "ordained and established" with the "judicial power of the United States" by and under Article III of the Constitution of the

United States;  and

8)  Affiant states in specific negative averment that no agents, magistrates, US DIS-
TRICT Judges, or others so similarly situated, and no agencies have venue, juris-
diction, or authority in and within the several states except as defined within the
Constitution;  and

9)  Affiant states in specific negative averment that in the Supreme Court Annotations,
114 L. Ed. 2d 733, 735-736, referencing the Federal Magistrates Act, it is stated, to
wit:  "Such magistrates are appointed pursuant to Congress' power under Art I, Sec-
tion 8, Clause 9 of the Federal Constitution to appoint tribunals inferior to the United
States Supreme Court, and are not judges under Article III of the Constitution. They
are officers of the District Courts and are subject to supervision by the district
judges." Thus, magistrates are appointed by and under Congress' legislative power
over territories and insular possessions and said magistrates "are officers of the Dis-
trict Courts." , therefore and therefrom it must be presumed, conclusively, that the
District Courts are then convening in and under Art IV, Section 3, Clause 2 and/or Art
I, Section 8, Clause 9 venue and jurisdiction, no evidence to the contrary appearing;
and

10)  Affiant states in specific negative averment that little, if any, area defined expressly
as territory of the United States or "United States Territory" exists within the bounda-
ries of the enumerated counties as defined and required by statute, and more specific-
ally defined as the DISTRICT OF UTAH;  and

11)  Affiant states in specific negative averment that these facts are supported by law and
statute as found in 28 U.S.C. Sections 81-131, and more specifically at 28 U.S.C. Sec-
tions 88 and 91 whereby the statutes state "that the UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA and the DISTRICT OF HAWAII
are hereby created pursuant to Article III of the Constitution"  and that these two (2)

courts are the only DISTRICT courts so created by Congress;  and

12) Affiant states in specific negative averment that in creating the Federal Rules of Criminal Procedure, Congress specifically and expressly defined the United States District Courts, Judges of the United States, Acts of Congress, and in so doing, created the same as locally applicable in the District of Columbia, Puerto Rico, and the territories and insular possessions of the United States;  and

13) Affiant states in specific negative averment that pursuant to Rule 17.1 of the Supreme Court Rules one must invoke the "Article III original venue and jurisdiction" of the Supreme Court, thereby it must be presumed, conclusively, that the Supreme Court in its normal course of business has been and is convening and acting in "appellate jurisdiction" as to the United States Courts of Appeals and the United States District Courts, therefore reflecting the Art IV, Section 3, Clause 2 and/or Art I, Section 8, Clause 9 territorial venue and jurisdiction of the above said Courts;  and

14) Affiant in specific negative averment states that in the ORDER of US District Judge James C. Mahan, dated October 3, 2014, in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, CASE NO. 2:09-CR-78 JCM (GWF), he stated to wit: "Defendant also alleges some type of conspiracy to "pass off" the United States District Courts as Article III Courts. As the government acknowledges, this argument is completely without merit.", thereby and thereof giving merit to affiant's averments, allegations, statements, and facts within this Affidavit;  and

15) Affiant in specific negative averment states and believes that no evidence contrary to the above statements exist and that the actions taken under color of law and authority are nothing more than disputable presumptions which are hereby and hereof rebutted with these conclusive presumptions as herein stated, no evidence to the contrary appearing;  and

16) Affiant states that affiant made a mistake in these matters, said mistake with particu-

larity in that affiant mistakenly consented to the venue and jurisdiction of the terri-
torial tribunal that was offered to affiant as the UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF UTAH in place of a true United States court
established under Article III of the Constitution to administer the judicial powers of
the United States therein conveyed, and said mistake was a result of misplaced confi-
dence, mental inadvertence and mistaken beliefs;  and

17)   Affiant states that affiant made a mistake in these matters, said mistake made with
particularity in that affiant believed that this Court was acting with and under "the
Judicial Power of the United States", when in fact the system of "justice" now ex-
isting and then employed against affiant by the Court and its Officers is and was
merely "prima facie" the system established for administering the judicial powers of
the United States therein conveyed under Article III of the Constitution, while actu-
ally acting in an improper venue, by legislative due process and without "Judicial"
due process;  and

18)   Affiant states that affiant was further mistaken, said mistake made with particularity,
in that affiant's misplaced confidence, mental inadvertence, and affiant's own mis-
taken beliefs exhibited by affiant's unknowing entry into said territorial tribunal by
voluntary consent constitutes evidence required by FRCP Rule 9(b) and said mistakes
were a result of affiant's stressed condition of mind brought on by the actions of agents,
magistrates, US District Judges, and others under color of law and authority;  and

19)   Affiant, by this Affidavit, hereby purges any/all voluntary consent inadvertently given
and agreements and contracts entered into and upon the following OATH, said volun-
tary consent given and agreements and contracts are purged: "I, Dean: family of
Seely, do hereby and hereof renounce, rescind, revoke, and resign my voluntary con-
sent to the venue and then jurisdiction of this DISTRICT COURT and any/all volun-
tary consent given and agreements and contracts entered into in these Cases and all

related matters, I, so purge the same from my being" ;  and

20)   Affiant states that this Affidavit of Specific Negative Averment and Mistake is a responsive pleading, and as such, must be rebutted, under oath, point for point, pursuant to FRCP Rule 8(b)(6), to  wit: "Effect of Failure to Deny", and affiant states that this Affidavit, if un-rebutted under oath, stands as the facts in these Cases and is a conclusive presumption in this Courts domain of public policy, by which this Court is directed by mandatory judicial notice to the definition of said "public policy" as found in Black's Law Dictionary, 6th Edition, to wit: ".....having due regard to each particular relation and situation;  and

FURTHER,  affiant saith not.

DATED   December 8,  2014.

_____ CIF
Affiant

## CERTIFICATION ON SWORN OATH

state of Utah

Salt Lake county       ss.

I, _____, a notary public in and for the State of Utah, having satisfactorily identified Dean: Seely, as the author of this Affidavit, and after witnessing the oath of Dean: Seely as to the truth of the same herein, and by further witnessing his signature to the same as true, correct and complete; the truth, the whole truth, and nothing but the truth, so help me God,  I did affix my signature and seal on this the 8th day of December,  2014, at the FEDERAL COURT BULIDING, Salt Lake City, Utah.

_____, Notary Public

Seal

my commission expires: _____

I verify that this is a true
and correct copy.
July 20, 2015   BY; Dean: Seely CIF
All consent & Rights reserved

Dean: Seely
in care of:
DEAN R SEELY
1585 WEST  2100 SOUTH
WEST VALLEY CITY, UTAH  84119

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 1 6 2015

BY_____D. MARK JONES, CLERK
_____DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

UNITED STATES OF AMERICA,

                                    Plaintiff,

v.

DEAN R SEELY,

                                    Defendant.

Case No.  2:02-CR-223

Case No.  2:02-CR-747

AFFIDAVIT OF CONCLUSIVE

PRESUMPTION

DIRECTION AND DEMAND

TO DISMISS

I, Dean: family of Seely, a spiritually begotten son of the living God, a Utahan and Ameri-can by birth, a state national and thereby a Citizen of these United States of America, one of the posterity of "We the People", a Creditor in fact, hereinafter "affiant" in "sui juris" capacity and authority, for the record state the following in the Cases numbered above.  Affiant is without and in want of counsel and unschooled in law.  Affiant has personal, first-hand knowledge of the facts stated herein, having made reasonable inquiry and legal research of the legal and factual assertions, negative and positive, in support of the statements of fact as regards this Affidavit.  Affiant  is over the age of 21 and is competent to testify;  and affiant states that the averments, allegations, state-ments, and facts made herein are to the best of affiant's knowledge and belief, true, correct and reasonably complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God, and as to the tacit reply to affiant's Affidavit of Specific Negative Averment and Mistake filed in this court,  affiant places before the court this Affidavit of Conclusive Presumption  and Direction and Demand to Dismiss,  to wit:

1) Affiant states that the claims and statements made herein have a factual and legal basis in law, and are warranted by existing law with evidencing support;  and

2) Affiant makes this Affidavit based on and in affiant's fundamental and substantive rights, and only of necessity is affiant using the copyrighted rules known as the Federal Rules of Civil Procedure, hereinafter "FRCP", Rule(b)(6), as this Court only recognizes such authority and convenes, proceeds and acts in civil venue pursuant to 28 U.S.C. Section 1391;  and

3) Affiant states that affiant makes this Affidavit voluntarily, in peace and not in conflict, not in fear, duress, coercion, or in any threat to any individual;  and

4) Affiant hereby and hereof invokes affiant's fundamental and substantive rights pursuant to the Bill of Rights for the purposes cited within this Affidavit;  and

5) Affiant states that when there is a legal and/or moral duty to speak or when an inquiry left unanswered would be misleading it is a conclusive presumption that silence, such as a tacit reply, may prejudice standing, credibility, nature, and cause,  could be viewed as an estoppel in pais,  and possibly be deemed as lack of full disclosure,  and in speaking on this subject, Judge Fay in U.S. v. Tweel said, "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading";  and

6) Affiant states that it is a fact that the law is to be precise and nothing in the statutes, laws, or codes is placed therein by accident.  As an example, throughout the Codes and Regulations, as applied to the United States District Courts, the term and/or word 'State' is defined;  " "State" includes the District of Columbia, and any commonwealth, territory, or possession of the United States." The several states of the Union are not 'included',  therefore it is a conclusive presumption that Congress intended to not expressly apply the "acts of Congress" ("Acts of Congress") or place the United States District Courts within the several states of the Union under Article III of the Consti-

tution; and

7) Affiant states and avers that under the Separation of Powers Doctrine Congress does not have authority to delegate legislative power to the administrative and judicial branches of government. Congress gave the Supreme Court repeal power, which is legislative, with 28 U.S.C. Section 2072(b). Rules promulgated by the Supreme Court repeal any conflicting laws. Justices Black and Douglas argued this well into the 1960's. Therefore it is a conclusive presumption that Congress vested repeal power in the Supreme Court in and under the Article IV, Section 3, Clause 2 territorial power of the Constitution; and

8) Affiant states and avers that pursuant to Rule 17.1 of the Supreme Court Rules one must invoke the Article III "original venue and jurisdiction" of the Supreme Court, therefore it is a conclusive presumption that in its normal course of business the Supreme Court is convening, proceeding and acting in territorial venue and juris-diction as it is the only other "venue and jurisdiction" available in and under the Constitution; and

9) Affiant states that the Supreme Court sits in appellate jurisdiction as to the United States district courts and courts of appeals, as evidenced by 28 U.S.C. Section 2072(a) "The Supreme Court shall have the power to prescribe general rules of practice and procedure and rules of evidence for cases in the United States district courts (including proceedings before magistrate judges thereof) and courts of appeals", therefore, along with 8) above, it is a conclusive presumption that all of these above named courts are sitting, convening, proceeding, practicing, and acting in and under Article IV, Sectioin 3, Clause 2 territorial venue and jurisdiction of the Constitution; and

10) Affiant states that in the statute at 18 U.S.C. Section 4001(a), Limitation on detention; control of prisons, it is stated: "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress." Affiant asks; Is this the

same "act of Congress" as defined in former rule 54(c) of the Federal Rules of Criminal Procedure now transferred to Rule 1 of the same said Rules? Is there a difference in the word/or term "act" and the word/or term "Act"? Affiant states and avers that if there is a difference in the definition wherein one word/or term is all in a lower case format, the other Capitalized, then there is a breach of 'duty of candor' and full disclosure is lacking throughout the Codes and Regulations. If there is a difference, then affiant infers that the statutes, rules, codes, and other devisees of the Congress' have served to imprison affiant unlawfully. Affiant does not believe that Congress makes such mistakes, and further, it is a conclusive presumption that the Congress' meant exactly, within the plain language, what was and is stated within the statutes, rules, codes, and other devisees of the Congress'; and

11) Affiant states and avers that in the Federal Rules of Criminal Procedure, Rule 1, Notes of Advisory Committee on 2002 Amendments, it is stated; "Rule 1(a) contains language from rule 54(b). But language in current Rule 54(b) (2)-(4) has been deleted for several reasons: First, Rule 54(b)(2) refers to a <u>venue</u> statute that governs an offense committed on the high seas or <u>SOMEWHERE</u> OUTSIDE THE JURISDICTION OF A PARTICULAR DISTRICT; it is unnecessary and has been deleted because: ONCE <u>VENUE</u> HAS BEEN ESTABLISHED, THE RULES OF CRIMINAL PROCEDURE AUTOMATICALLY APPLY." (all emphasis added), thereby and therefrom it is a conclusive presumption that this 'Note' is the actual pivotal point of these Cases, indictments, Affidavits, and related matters; and

12) Affiant states and avers that this Affidavit of Conclusive Presumption is a responsive pleading, and as such, must be rebutted, under oath, point for point, pursuant to FRCP Rule 8(b)(6), to wit: "Effect of Failure to Deny", and affiant states and avers that this Affidavit, if un-rebutted under oath, stands as the facts in these Cases and is a conclusive presumption in this courts domain of public policy, by which this court is di-

rected by mandatory judicial notice to the definition of said "public policy" as found in Black's Law Dictionary, 6th Edition, to wit: ".....having due regard to each particular relation and situation"; and

FURTHER, affiant saith not.

DATED  March 16,  2015

_Dean: Seely, CIF_

All consent and Rights reserved
affiant

## CERTIFICATION ON SWORN OATH

state of Utah

$\Big|$ ss.

Salt Lake county

I, _____, a notary public in and for the state of Utah, having satis-
factorily identified Dean: family of Seely, as the author or this Affidavit, and after witnessing the
oath of Dean: family of Seely as to the truth of the same herein, and by further witnessing his
signature to the same as true, correct and complete; the truth, the whole truth, and nothing but the
truth, so help me God, I did affix my signature and seal on this the 16th day of March at the
FEDERAL COURT BUILDING, Salt Lake City, Utah.

_____, Notary Public

Seal

My commission expires: _____

## DIRECTION AND DEMAND TO DISMISS

I, Dean: family of Seely, a spiritually begotten son of the living God, a Utahan and
American by birth, a state national and thereby a Citizen of these United States of America,
one of the posterity of "We the People", a, secured, Creditor in fact, affiant in the Affidavit
of Specific Negative Averment filed in this court on December 8, 2014 which as of March
14, 2015 sits un-rebutted under oath and thereby stands as fact and as a conclusive presump

tion in these Cases and all related matters, and affiant in the preceding Affidavit of Conclusive Presumption, state and aver that as affiant in these named Affidavits, I have shown, conclusively, as to the factual and legal assertions, statements, and averments concerning the above numbered Cases and related matters, and along with my purgatory oath, invoking and exercising my Creator given, fundamental, and substantive rights hereby and hereof direct and demand, this court: that these Cases and indictments be immediately and absolutely dismissed as 'void ab initio' in that I, Dean: family of Seely, did not knowingly, willingly, and intentionally with full disclosure consent to the venue of the legislative territorial tribunal that was offered me in place of a true United States court established under Article III of the Constitution to administer the judicial powers of the United States therein conveyed or to any contracts in the above numbered Cases, indictments, and all related matters;  that I, Dean: family of Seely, be set 'at liberty' and released immediately and absolutely from all custody of any type;  that any/all records in the above numbered Cases and all related matters be, as to electronic, deleted absolutely and permanently;  and as to written and any other type or kind, expunged absolutely.

_Dean's Seely CIF_

All consent and Rights reserved

Dean: Seely, CIF

## CERTIFICATION ON SWORN OATH

state of Utah

Salt Lake county

ss.

I, _____, a notary public in and for the state of Utah, having satisfactorily identified Dean: family of Seely, as the author of this Direction and Demand to Dismiss, and after witnessing the oath of Dean: family of Seely as to the truth of the same herein, and by further witnessing his signature to the same as true, correct and complete: the truth, the whole truth, and nothing but the truth, so help me God, I did affix my signature and seal on this the 16th day of March, 2015, at the FEDERAL COURT BUILDING, Salt Lake City, Utah.

_____, Notary Public

Seal

My commission expires: _____

*I verify that this is a true and correct copy.*
*July 20, 2015   BY: Dean: Seely CIF*
*All consent & Rights reserved*

Dean: Seely
in care of:
DEAN R SEELY
1585 WEST 2100 SOUTH
WEST VALLEY CITY, UTAH  84119

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**APR 0 6 2015**

D. MARK JONES, **CLERK**
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-CR-223 |
| Plaintiff, | Case No. 2:02-CR-747 |
| v. | PETITION IN THE NATURE OF |
| DEAN R SEELY, | MOTION TO DISMISS FOR |
| Defendant. | IMPROPER VENUE |

### NOTICE AND PETITION

I, Dean: family of Seely, a spiritually begotten son of the living God, a Utahan and American by birth, a state national and thereby a Citizen of these United States of America, one of the posterity of "We the People", a Creditor in fact in "sui juris" capacity and authority state, aver, and declare that to my knowledge and belief the following is the truth, the whole truth, and nothing but the truth, so help me God, to wit:  I have not and did not knowingly, willingly, and intentionally with full disclosure consent to the venue of the tribunal known and operating as the UNITED STATES DISTRICT COURT DISTRICT OF UTAH in its offering to nonresidents the opportunity of resorting to a territorial court not subject to local influence, and as a national of Utah state, one of the several states party to the Constitution, I claim and exercise my fundamental Constitutional right to the protections in and under the Constitution and to be adjudicated in a true United States court established under Article III of the Constitution to administer the judicial powers of the United States therein conveyed, not in a UNITED States District Court created in virtue of the sovereign congressional faculty, granted under Article IV, Section 3 of that

instrument, of making all needful rules and regulations respecting the territory belonging to the United States; therefore, with my Affidavit of Specific Negative Averment and Mistake filed in this court December 8, 2014 and my Affidavit of Conclusive Presumption filed in this court March 16, 2015, these Affidavits un-rebutted under oath as of April 4, 2015 thereby and thereof standing as the facts in these Cases numbered above and all related matters, further, with my Direction and Demand to Dismiss along with this following Oath, to wit: "I, Dean: family of Seely do hereby and hereof renounce, rescind, revoke, and resign any/all my consent given, contracts, and signatures to and in the venue and then jurisdiction of this United States District Court and all related matters, and any/all tribunals or courts, departments, agencies, instrument-talities, or administratively created entities sitting, acting, proceeding, and operating in said legislative territorial venue, I, so purge the same from my being."; therefore, I, Dean: family of Seely hereby and hereof petition, direct, and demand that the Cases numbered above, indictments, and all related matters be dismissed "ab initio" for improper venue; that I be set 'at liberty' and released immediately and absolutely from all custody in improper venue foreign to me as stated above; that any/all records in the above numbered Cases and all related matters be, as to electronic, deleted absolutely and permanently; that as to written records and any other type or kind, be expunged absolutely; and that courts and tribunals acting, proceeding, convening, and operating in and under the legislative territorial venue and all officers and employees thereof, government departments, agencies, instrumentalities, administratively created entities, and any other entities and all employees and officers thereof cease and desist in attempting to coerce or coercing me into volunteering, consenting, signing, and/or obeying in any way the rules regu-lations, laws, policies, or statutes applying only to the residents of the District of Columbia(New Columbia), and any commonwealth, territory, or possession of the United States, and in the stulti-fication of any of my remedies and redress.

DATED: March 4, 2015                    Respectfully submitted,

_Dean: Seely, CIF_

All consent and Rights reserved
Petitioner
Dean: Seely, CIF

I verify that this is a true
and correct copy.
July 10, 2015   BY; Dean: Seely, CIF
All consent & Rights reserved

Dean: Seely
in care of:
DEAN R SEELY
55 SOUTH 400 EAST #78
MT. PLEASANT, UTAH  84647

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 1 1 2015

D. MARK JONES, CLERK
BY_____
          DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:02-CR-223 |
| Plaintiff, | Case No.  2:02-CR-747 |
| v. | MOTION TO DISMISS FOR NO |
| DEAN R SEELY, | RATIFICATION OF COMMENCEMENT |
| Defendant. | AND LACK OF SUBJECT MATTER |
| | JURISDICTION |

### MOTION TO DISMISS

I, Dean:, family of Seely, a spiritually begotten son of the living God, an Utahan and American by birth, a state national and thereby a Citizen of these United States of America, a de jure Citizen and one of the posterity of "We the People", a Creditor in fact in "sui juris" capacity and authority, hereinafter "movant" moves the court as follows:

1.   To apply the Federal Rules of Civil Procedure because the proceedings and actions in the above numbered Cases began in civil venue pursuant to 28 U.S.C. 1391.

2.   To dismiss the above numbered Cases void "ab initio" because there were no ratifications of commencement as movant did not knowingly, willingly, and intentionally with full disclosure ratify the commencements (F.RC.P. Rule 17(a)(3)).

3.   To dismiss the above numbered Cases void "ab initio" because there were no valid ratifications of commencement and thereby and thereof no conditions precedent.

4.   To dismiss the above numbered Cases void "ab initio" for lack of subject-matter jurisdiction (F.R.C.P. Rule 12(b)(1),(h)(3)) because there were no valid ratifications of commencement, thus particularly no occurrence of conditions precedent, therefore and thereof giving no subject-matter jurisdiction, supported by: (a) Affidavit of Specific Negative Averment and Mistake, on file with this court, being filed on December 8, 2014 by movant, as of May 8, 2015 un-rebutted under oath and as such, standing as the facts in the above numbered Cases; (b) Affidavit of Conclusive Presumption and Direction and Demand to Dismiss, on file with this court, being filed on March 16, 2015 by movant, as of May 8, 2015 un-rebutted under oath and as such, standing as the facts in the above numbered Cases; (c) Petition in Nature of Motion to Dismiss for Improper Venue, on file with this court, being filed on April 6, 2015 by movant and as of May 8, 2015, a tacit reply.

5.   To the custody and records issues concerning movant in the above numbered Cases, that they be addressed in the manner stated in the Petition in the Nature of Motion to Dismiss for Improper Venue, in support.

Respectfully submitted,

_____
Dean: Seely, CIF
movant
All consent and Rights reserved